JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS APARICIO,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNTINGTON VESSEL, INC. D/B/A VIVA BARGAIN;<br><br>    Defendants.<br><br>HUNTINGTON VESSEL, INC. D/B/A VIVA BARGAIN,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>MP INVESTORS, LLC,<br><br>    Third-Party Defendants. | Case No.: 2:18-cv-2808 JFW (FFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice, both sides to bear their own fees and costs.

IT IS SO ORDERED.

DATED: February 22, 2019

_____
United States District Court Judge